%LAO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Taiwan Wiggins | ) Case No; 1:06CR594 |
| | ) USM No; 31035-060 |
| Date of Previous Judgment: August 8, 2007 | ) FPD NDO |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is: Granted as unopposed
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __36__ months is reduced to __30__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __21__   Amended Offense Level: __19__
Criminal History Category: __I__   Criminal History Category: __I__
Previous Guideline Range: __37__ to __46__ months   Amended Guideline Range: __30__ to __37__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence exceeds the amount of time the defendant has already served the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated __8-8-07__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __6-5-06__

Effective Date: __6-5-06__
(if different from order date)

Judge's signature

Ann Aldrich, United States District Judge
Printed name and title